**FILED**
MAR 24 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF MARIO PEREZ MONROY | No. 06 MC 00011 SMS<br><br>ORDER ISSUING PROVISIONAL ARREST WARRANT (18 U.S.C. § 3184) |

BEFORE ME, a United States Magistrate Judge for the Eastern District of California, personally appeared Assistant U.S. Attorney, Kathleen A. Servatius, the complainant herein, whose complaint made under oath in accordance with 18 U.S.C. § 3184 sets forth facts on the basis of which I find probable cause to believe that MARIO PEREZ MONROY should be apprehended and brought before this Court of the end that the evidence of criminality may be heard and considered as provided in Title 18, United States Code, Section 3184, and the Extradition Treaty between the United States and Mexico.

IT IS THEREFORE ORDERED that a warrant for the arrest of MARIO PEREZ MONROY be issued.

Dated: March 24, 2006

_____
Honorable Sandra M. Snyder
U.S. Magistrate Judge

1