McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:   THE MATTER OF        )<br>                               )<br>                               )<br>THE EXTRADITION OF             )<br>                               )<br>                               )<br>MARIO PEREZ MONROY             )<br>_____) | CASE NO.   1:06-CV-418 OWW<br><br>ORDER EXTENDING TIME IN WHICH TO FILE<br>GOVERNMENT'S REQUEST FOR EXTRADITION |

    Upon the stipulation of the parties and good cause appearing therefore,

    IT IS HEREBY ORDERED that the filing date for the government's Request for Extradition in the within matter be continued to Monday, July 24, 2006.

Dated: July 28, 2006

_____
Honorable OLIVER W. WANGER
United States District Judge

1