**FILED**

**JUDGMENT ENTERED**

_____August 31, 2006__
Date
by _____G. Lucas_____
Deputy Clerk

U.S. District Court
Eastern District of California

__XX___   FILE CLOSED

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
IN RE:                          )
THE MATTER OF THE EXTRADITION   )
OF MARIO PEREZ MONROY           )
                                )
```

**JUDGMENT IN A CIVIL ACTION**

1:06-cv-00418 OWW

  IT IS HEREBY ORDERED AND ADJUDGED that the request for extradition is granted.

DATED: August 31, 2006

        JACK L. WAGNER, Clerk

        /S/ Greg Lucas
      By:
         Deputy Clerk

jgm.civ
2/1/95