FILED

SEP 0 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ) | 1:06-CV-000418 OWW |
| ) | |
| THE MATTER OF THE ) | CERTIFICATION OF EXTRADITABILITY |
| ) | AND ORDER OF COMMITMENT |
| EXTRADITION OF MARIO PEREZ ) | |
| ) | |
| MONROY ) | |
| ) | |
| _____ ) | |

The Court received a Complaint in this matter filed on March 24, 2006, by Kathleen A. Servatius, Assistant United States Attorney for the Eastern District of Mexico, acting on behalf of the Government of Mexico, pursuant to its request for the provisional arrest of Mario Perez Monroy. The Government of Mexico subsequent to that date made a formal request for the extradition of Mario Perez Monroy.

The Court, having reviewed and fully considered all documents and memoranda filed by the United States, acting on behalf of the Government of Mexico, by and through its attorney of record, Assistant United States Attorney Kathleen A. Servatius, and by Deputy Federal Public Defender Robert Rainwater, concludes that the United States has met all the requirements for the extradition of Mario Perez Monroy to Mexico to face the charge of qualified homicide in violation of Articles 126, 147, and 148 of the Criminal Code and the Criminal Procedures Code of the State of Baja California, United Mexican States.

///

The Court finds and certifies to the Secretary of State as follows:

1. This Court has subject matter jurisdiction to conduct extradition proceedings pursuant to Title 18, United States Code, Section 3184.

2. This Court has personal jurisdiction over Mario Perez ~~Perez~~ Monroy because he is presently in custody in this district.

3. A valid treaty ("Treaty") exists between the United States and Mexico.

4. At all times relevant to the extradition request, the Treaty was in full force and effect.

5. The formal request for Mario Perez Monroy's extradition was properly presented by the Government of Mexico through its embassy to the Department of State, Washington, D.C., in the form of a diplomatic note dated May 17, 2006, and properly supplemented in the form of two diplomatic notes dated June 12 and 13, 2006.

6. The documents submitted by the Government of Mexico in support of the extradition request, along with its diplomatic notes of May 17, June 12, and June 13, 2006, have all been properly certified and authenticated by the appropriate authorities and officials, and contain all the information required under the Treaty.

7. There are now criminal charges pending against Mario Perez Monroy in Mexico charging him with qualified homicide in violation of violation of Articles 126, 147, and 148 of the Criminal Code and the Criminal Procedures Code of the State of Baja California, United Mexican States.

8. Article 2(1) of the Treaty provides that extradition is appropriate for "wilful acts which fall within any of the clauses of the Appendix and are punishable in accordance with the laws of both Contracting Parties by deprivation of liberty the maximum of which shall not be less than one year." The offense of qualified homicide is punishable in accordance with the laws of both the United States and Mexico by imprisonment for a term exceeding one year and, therefore, is an extraditable offense under Article 2 of the Treaty and pursuant to the Appendix to the Treaty.

///

9. There is an outstanding valid warrant of arrest for qualified homicide issued on January 30, 2006, by the Fifth Judge in Criminal Matters of the Judicial District of Tijuana, Baja California, for Mario Perez Monroy.

10. The person appearing before this Court is the same Mario Perez Monroy sought by the Government of Mexico, and charged with qualified homicide as set forth in paragraph 7 above.

11. There is probable cause to believe that Mario Perez Monroy committed the offense set forth in the charge brought against him by the Government of Mexico and referred to in paragraph 7 above.

12. There are no facts that bar the extradition of Mario Perez Monroy under the Treaty.

Based upon the foregoing finding, and pursuant to Title 18, United States Code, Section 3184,

THIS COURT HEREBY CERTIFIES that is has found Mario Perez Monroy extraditable to Mexico. A warrant may issue at the discretion of the Secretary of State, upon the requisition of the proper authorities of the Government of Mexico, for the surrender of Mario Perez Monroy according to the Treaty.

IT IS FURTHER ORDERED that the United States Attorneys Office shall forward to the Secretary of State a copy of this Certification and Order, the Memorandum of Decision, and copies of the documents received as evidence.

IT IS FURTHER ORDERED that Mario Perez Monroy is committed to the custody of the United States Marshal, to be confined without bail, pending the surrender decision of the Secretary of State and the arrival of agents of the requesting state, at which time Mario Perez Monroy will be transferred to the agents of the requesting state for return thereto.

Dated: 9-1-, 2006

Honorable Oliver W. Wanger
United States District Judge

3